

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

*Northern* District of *Oklahoma*

FILED
NOV 1 3 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Division

| | |
|---|---|
| ¹ Willette Glover /² Willie T Houston | Case No. **18 CV 581 GKF - FHM** |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   Yes   x No |
| -v- | |
| ¹ Robert Mercogliano, ² Micheal Kleinman, ³ Fred James, ⁴ Carla Jordan, ⁵ Fat Possum, ⁶ George Lawhorn (Youtube), ⁷ Apple iTunes and ⁸ Alive Natural Sounds | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Willette Glover/Willie T Houston |
| Street Address | P.O. Box 2613 |
| City and County | Sapulpa  Creek |
| State and Zip Code | Oklahoma  74067 |
| Telephone Number | (405) 514-3688 |
| E-mail Address | Curshlaw16@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant

is an                 individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1
    Name — Robert and Connie Mercogliano
    Job or Title *(if known)* — Video/Film Company
    Street Address — 6480 Olive Street
    City and County — Commerce City
    State and Zip Code — Colorado 80022
    Telephone Number — (303) 287-7473
    E-mail Address *(if known)* — supemerc81@comcast.net

Defendant No. 2
    Name — Micheal J Kleinman Esq
    Job or Title *(if known)* — Lawyer
    Street Address — 9490 S Aspen Hill Way
    City and County — Lone Tree
    State and Zip Code — Colorado 80124
    Telephone Number — (720) 920-9903
    E-mail Address *(if known)* — michealjkleinmanlaw@gmail.com

Defendant No. 3
    Name — Fred Jones/Taxim Records, Black Magic Records,  Ace Records (U.K), and Germany Family Bear Records
    Job or Title *(if known)* — Producer
    Street Address — P.O. Box 68096
    City and County — Nashville
    State and Zip Code — Tennessee    37206
    Telephone Number —
    E-mail Address *(if known)* —

Defendant No. 4
    Name — Carla Jordan
    Job or Title *(if known)* — Club Promoter and Owner
    Street Address — 4923 W 38th Avenue
    City and County — Denver
    State and Zip Code — Colorado 80221
    Telephone Number —
    E-mail Address *(if known)* —

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties

is an          individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

**Defendant No. 1**
Name — George Lawhorn — Youtube
Job or Title *(if known)* — Youtube CEO
Street Address — 901 Cherry Avenue
City and County — San Bruno
State and Zip Code — California
Telephone Number
E-mail Address *(if known)*

**Defendant No. 2**
Name — BMI Records — Micheal O'Neill
Job or Title *(if known)* — Producer
Street Address — 10 Music Square E
City and County — Nashville, TN
State and Zip Code — Tennesse    37203
Telephone Number — (615) 401-2000
E-mail Address *(if known)* — nashville@bmi.com

**Defendant No. 3**
Name — Fat Possum  Matthew Johnson
Job or Title *(if known)* — Founder / Producer
Street Address — P.O. Box 1923
City and County — Oxford
State and Zip Code — Mississippi   38655
Telephone Number — (662) 234-2828
E-mail Address *(if known)* — Matthew@fatpossum.com

**Defendant No. 4**
Name — Apple itunes — Tim Cook
Job or Title *(if known)* — Apple Computer, Inc 1 Infinite Loop
Street Address
City and County — Cupertino
State and Zip Code — California    95014
Telephone Number — 1-800-275-2273
E-mail Address *(if known)* — www.apple.com

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of

is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question       x   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution
that      are at issue in this case.

_____

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)*   Willette Glover/Willie T Houston     , is a citizen of the
   State of *(name)*    Oklahoma               .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)*    N/A              , is incorporated
   under the laws of the State of *(name)*                  ,
   and has its principal place of business in the State of *(name)*
   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)*   Robert and Connie Mercogliano    , is a citizen of
   the State of *(name)*     Colorado          . Or is a citizen of
   *(foreign nation)* _____ .

   b.    If the defendant is a corporation
   The defendant, *(name)*    Merco Photography and Filming   , is incorporated
            Company                under
   the laws of the State of *(name)*    Colorado         , and has its
   principal place of business in the State of *(name)*    Colorado       .

Page of 5

Or is incorporated under the laws of *(foreign nation)*    Germany     ,

and has its principal place of business in *(name)*    Colorado     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court, because *(explain)*:

Merco Photography and Filming sold and distributed, Music and a documentary film (Blues, Junk, and Collard Greens) of Willie T Houston without his permission or knowledge.

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. **In the late 2005's, in Denver Colorado, the filming of Blues Junk and Collard Greens, took place at Willie T Houston home. Merco was hired to video a documentary and recording several video's pertaining Willie T Houston. Merco has upload the video's and pictures of Houston without his knowledge to social media sites, such as Flicker, Instagram, Facebook and/or twitter. The film Blues, Junk and Collard Greens was produced in 2005.**

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $ 150,000.00

**Willette Glover is seeking restitution on behalf of Willie T Houston (her father) for the video sales as well as the documentary sales. The documentary of Blues, Junk and Collard Greens has had several offers to be brought internationally, according to Merco.**

Page of 5

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

Federal question       ✗ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

that      List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

_____

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

     a.     If the plaintiff is an individual
          The plaintiff,  *(name)* _Zillette Glover / Zillie T Houston_, is a citizen of the
          State of *(name)* _Oklahoma_.

     b.     If the plaintiff is a corporation
          The plaintiff,  *(name)* _N/A_, is incorporated
          under the laws of the State of *(name)* _____,
          and has its principal place of business in the State of *(name)*
          _____.

the       *(If more than one plaintiff is named in the complaint, attach an additional page providing same information for each additional plaintiff.)*

2.     The Defendant(s)

     a.     If the defendant is an individual
          The defendant,  *(name)* _Micheal G. Kleuman_, is a citizen of
          the State of *(name)* _Colorado_.  Or is a citizen of
          *(foreign nation)* _____.

     b.     If the defendant is a corporation
          The defendant,  *(name)* _N/A_, is incorporated
          under
          the laws of the State of *(name)* _____, and has its
          principal place of business in the State of *(name)* _Colorado_.
          Or is incorporated under the laws of *(foreign nation)* _____,

Page of 5

and has its principal place of business in *(name)* _Colorado_ .

*the*

> *(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.   **The Amount in Controversy**

*amount at*

The amount in controversythe amount the plaintiff claims the defendant owes or the stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

_Micheal Kleiman represented Houston on Collecting Royalties Royalties are still being paid + Houston had only received a check for $5.52_

## III.   Statement of Claim

*the*
*was*
*including*
*each claim and*
*pages if needed.*

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, the dates and places of that involvement or conduct.  If more than one claim is asserted, number write a short and plain statement of each claim in a separate paragraph.  Attach additional

_In 2012 Kleiman was in charge of pursuing Houston's inquiries pertaining Copyright Infringement._

## IV.   Relief

*legal*
*Include*
*Include any*
*to actual or*

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time. the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled punitive money damages. _$50,000.00_

_Willette Glover is seeking restitution on behalf of Willie J. Houston royalties._

## V.   Certification and Closing

*information,*
*cause*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
> Federal question                                        Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

that
> List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

_____

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual
The plaintiff,  *(name)*  Willette Glover / Willie Houston is a citizen of the State of *(name)*  Oklahoma .

b.      If the plaintiff is a corporation
The plaintiff,  *(name)*  N/A , is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing*
the
*same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual
The defendant,  *(name)*  Fred Jones , is a citizen of the State of *(name)*  Tennessee . Or is a citizen of
*(foreign nation)*  Germany, Italy, + U.K

b.      If the defendant is a corporation
The defendant,  *(name)*  FRED JONES , is incorporated
TAXIM, ACE Records (U.K) under
the laws of the State of *(name)*  Tennessee , and has its
principal place of business in the State of *(name)*  Tennessee .
Or is incorporated under the laws of *(foreign nation)*  Germany, Italy ,

Page  of  5

and has its principal place of business in *(name)* _Tennessee_ .

the

*(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.    The Amount in Controversy

amount at

The amount in controversythe amount the plaintiff claims the defendant owes or the stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

*Fred Jones Producer- was selling, Willie T Houston on his social media sites, and was Collecting momon.*

## III.    Statement of Claim

the
was
including
each claim and
pages if needed.

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, the dates and places of that involvement or conduct.  If more than one claim is asserted, number write a short and plain statement of each claim in a separate paragraph.  Attach additional

*In 2006, Fred Jones produced Willie I Houston, he (Jones) had the master recordings of Houston.*

## IV.    Relief

legal
Include
Include any
to actual or

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time. the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled punitive money damages.

*Willette Blower is seeking Willie I. Houston royalties that by law belong to him.*
*$150,000.00*

## V.    Certification and Closing

information,
cause

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

Page of 5

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

Federal question                    Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**      **If the Basis for Jurisdiction Is a Federal Question**

that          List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

_____

**B.**      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual
The plaintiff,  *(name)*  Willelle Glover/Willie J Horton , is a citizen of the State of *(name)*  Oklahoma .

b.      If the plaintiff is a corporation
The plaintiff,  *(name)*  N/A , is incorporated under the laws of the State of *(name)* ,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing*
the          *same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual
The defendant,  *(name)*  Carla Jordan (Ziggies) , is a citizen of the State of *(name)*  Colorado . Or is a citizen of
*(foreign nation)* _____.

b.      If the defendant is a corporation
The defendant,  *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _Colorado_ .

*(If more than one defendant is named in the complaint, attach an additional page providing*
the *same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversythe amount the plaintiff claims the defendant owes or the
amount at                       stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

_Carla Jordan is a club owner where Houste performed._
_Carla is selling Houston's music without his permission &_
_knowledge._

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible
the      facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant
was      involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including      the dates and places of that involvement or conduct.  If more than one claim is asserted, number
each claim and      write a short and plain statement of each claim in a separate paragraph.  Attach additional
pages if needed.

_In 2012 Carla Jordan began selling Houston's products (music)_
_on her website. Houston was not aware of his music being_
_sold by Jordan._

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make
legal      arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.
Include      the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.
Include any      punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled
to actual or      punitive money damages.

_Willette Glover is seeking restitution for the selling_
_of Houston music without consent._

_$ 100,000.00_

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,
information,      and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass,
cause      unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

         Federal question              ✝Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

that        List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    **The Plaintiff(s)**

        a.    If the plaintiff is an individual

            The plaintiff, *(name)* _Willette Slover/Willie J. Hoyt_, is a citizen of the State of *(name)* _Oklahoma._

        b.    If the plaintiff is a corporation

            The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____,

            and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing*
the    *same information for each additional plaintiff.)*

    2.    **The Defendant(s)**

        a.    If the defendant is an individual

            The defendant, *(name)* _George Lawhorn - Youtube_, is a citizen of the State of *(name)* _California_. Or is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation

            The defendant, *(name)* _George Lawhorn Youtube_, is incorporated under the laws of the State of *(name)* _California_, and has its principal place of business in the State of *(name)* _California_. Or is incorporated under the laws of *(foreign nation)* _Germany_,

and has its principal place of business in *(name)* _California_ .

*(If more than one defendant is named in the complaint, attach an additional page providing*
the                    *same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversythe amount the plaintiff claims the defendant owes or the
amount at                    stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

_George Lawhon promoted Willie J. Houston music, without_
_Coment._

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible
the      facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant
was      involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including        the dates and places of that involvement or conduct.  If more than one claim is asserted, number
each claim and          write a short and plain statement of each claim in a separate paragraph.  Attach additional
pages if needed.

_George Lawhon uploaded, promoted & distributed Willie_
_J. Houston, after being asked on several occurences to take the_
_music down off, Youtube._

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make
legal    arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.
Include        the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.
Include any      punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled
to actual or      punitive money damages.

_Willette Glover is seeking the Monies Collected for_
_promoting, Houston's Music without Consent._
_$200,000.00_

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,
information,     and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass,
cause    unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

        Federal question           ✓Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

that         List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.     **The Plaintiff(s)**

        a.     If the plaintiff is an individual

            The plaintiff, *(name)* 3l-little Glover/Willie J. Harts, is a citizen of the State of *(name)* Oklahoma.

        b.     If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

the         *(If more than one plaintiff is named in the complaint, attach an additional page providing same information for each additional plaintiff.)*

    2.     **The Defendant(s)**

        a.     If the defendant is an individual

            The defendant, *(name)* BMI - Matthew O'Neill, is a citizen of the State of *(name)* Tennessee. Or is a citizen of *(foreign nation)* London + Puerto Rico

        b.     If the defendant is a corporation

            The defendant, *(name)* BMI - Michael O'Neill, is incorporated under the laws of the State of *(name)* Tennessee, and has its principal place of business in the State of *(name)* Tennessee. Or is incorporated under the laws of *(foreign nation)* London + Puerto Rico,

Page of 5

and has its principal place of business in *(name)* _Tennessee_ .

the

> *(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.      **The Amount in Controversy**

amount at

The amount in controversy the amount the plaintiff claims the defendant owes or the stake is more than $75,000, not counting interest and costs of court, because *(explain)*:

*BML was selling music, which they had no entitlement.*

## III.      Statement of Claim

the

was

including

each claim and

pages if needed.

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, the dates and places of that involvement or conduct.  If more than one claim is asserted, number write a short and plain statement of each claim in a separate paragraph.  Attach additional

*BML Records Producer- was Marketing Willie Houston music without Mr. Houston consent or knowledge*

## IV.      Relief

legal

Include

Include any

to actual or

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time. the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled punitive money damages. *$200,000.00*

*BML Produced Houston's music- began selling his music for profit. Houston ha not received any money pertaing to hi music Houston want restitution that is rightfully hi.*

## V.      Certification and Closing

information,

cause

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

        Federal question            Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**      **If the Basis for Jurisdiction Is a Federal Question**

that      List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

**B.**      **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.      The Plaintiff(s)

        a.      If the plaintiff is an individual
            The plaintiff,  *(name)* _Willette Glover / Willie T Hart_, is a citizen of the
            State of *(name)* _Oklahoma_ .

        b.      If the plaintiff is a corporation
            The plaintiff,  *(name)* _____ , is incorporated
            under the laws of the State of *(name)* _____ ,
            and has its principal place of business in the State of *(name)*
            _____ .

the      *(If more than one plaintiff is named in the complaint, attach an additional page providing same information for each additional plaintiff.)*

    2.      The Defendant(s)

        a.      If the defendant is an individual
            The defendant,  *(name)* _Fat Possum - Matthew John_, is a citizen of
            the State of *(name)* _Mississippi_ . Or is a citizen of
            *(foreign nation)* _____ .

        b.      If the defendant is a corporation
            The defendant,  *(name)* _____ , is incorporated
            _Fat Possum_     under
            the laws of the State of *(name)* _Mississippi_ , and has its
            principal place of business in the State of *(name)* _Mississippi_ .
            Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* *Mississippi* .

the

> *(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.   The Amount in Controversy

amount at

The amount in controversythe amount the plaintiff claims the defendant owes or the stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

*Jat Possum - took Houston's lyrics & provided them to T Model Ford (James Lewis Carter).*

## III.   Statement of Claim

the
was
including
each claim and
pages if needed.

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, the dates and places of that involvement or conduct.  If more than one claim is asserted, number write a short and plain statement of each claim in a separate paragraph.  Attach additional

*Jat Possum - Copyrighted infringed Houston's song, "Sallie Mae", in 2002.*

## IV.   Relief

legal
Include
Include any
to actual or

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time. the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled punitive money damages.

*Willette Glover is seeking restitution for Copyright Infringement violation.*

*$200,000.00*

## V.   Certification and Closing

information,
cause

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

Page of 5

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

     Federal question          ✓Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

that        List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

   **1.**    The Plaintiff(s)

       **a.**    If the plaintiff is an individual
            The plaintiff, *(name)* Willette Glover/Willie T Houston is a citizen of the State of *(name)* Oklahoma.

       **b.**    If the plaintiff is a corporation
            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing*
the     *same information for each additional plaintiff.)*

   **2.**    The Defendant(s)

       **a.**    If the defendant is an individual
            The defendant, *(name)* Alive Natural Sound Record, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

       **b.**    If the defendant is a corporation
            The defendant, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* *California* .

*(If more than one defendant is named in the complaint, attach an additional page providing* the *same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversythe amount the plaintiff claims the defendant owes or the amount at                    stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible
the      facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant
was      involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including        the dates and places of that involvement or conduct.  If more than one claim is asserted, number
each claim and          write a short and plain statement of each claim in a separate paragraph.  Attach additional
pages if needed.

*Alive Naturalsounds produced, promoted and received money without Houston knowledge*

_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make
legal      arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.
Include        the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.
Include any      punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled
to actual or      punitive money damages.

*$ 150,000.00*

_____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,
information,      and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass,
cause   unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question                    Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

that

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

_____

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      **The Plaintiff(s)**

a.      If the plaintiff is an individual
The plaintiff, *(name)* _Willette Glover/Willis Houston_ is a citizen of the
State of *(name)* _Oklahoma_.

b.      If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing*
the *same information for each additional plaintiff.)*

2.      **The Defendant(s)**

a.      If the defendant is an individual
The defendant, *(name)* _Jim Cook Apple itunes_ is a citizen of
the State of *(name)* _California_. Or is a citizen of
*(foreign nation)* _____.

b.      If the defendant is a corporation
The defendant, *(name)* _Jim Cook Apple itunes_, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _California_.
Or is incorporated under the laws of *(foreign nation)* _____,

Page  of 5

and has its principal place of business in *(name)* *California* .

the *(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.    **The Amount in Controversy**

amount at    The amount in controversy the amount the plaintiff claims the defendant owes or the stake is more than $75,000, not counting interest and costs of court, because *(explain)*:

___

## III.    Statement of Claim

the
was
including
each claim and
pages if needed.

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, the dates and places of that involvement or conduct.  If more than one claim is asserted, number write a short and plain statement of each claim in a separate paragraph.  Attach additional

*Apple itunes was advised that video's was uploaded with permission & knowledge*

___

## IV.    Relief

legal
Include
Include any
to actual or

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time. the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled punitive money damages.

*$150,000.00*

___

## V.    Certification and Closing

information,
cause

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a

Page  of 5

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,    and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause   unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       *11 : 8 : 2018*

Signature of Plaintiff       *Willette Glover*
Printed Name of Plaintiff      Willette Glover/Willie T Houston
      *PO Box 2613        (405) 514-3688*
      *Sapulpa  OK  74066*

### B.      For Attorneys

Date of signing:       _____

Signature of Attorney      _____
Printed Name of Attorney      _____
Bar Number      _____
Name of Law Firm      _____
Street Address      _____
State and Zip Code      _____
Telephone Number      _____
E-mail Address      _____