Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

_____ Division

| | |
|---|---|
| Willette Glover/Willie T Houston | )  Case No.   18CV 581GKF-FHM |
| | )  *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | )  Jury Trial: *(check one)*  ☐ Yes  ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| –v– | ) |
| Robert & Connie Mercogliano, Micheal Kleinman, Fred | ) |
| James, Carla Jordan, Fat Possum, George Lawhorn | ) |
| (YouTube), Apple iTunes, Alive Naturalsound Record, BMI | ) |
| Records, Tracey Stokes, William Thomas and Amazon Music | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

FILED

DEC 3 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

   | | |
   |---|---|
   | Name | Willette Glover/Willie T Houston |
   | Street Address | P.O. BOX 2613 |
   | City and County | SAPULPA CREEK |
   | State and Zip Code | OK  74067 |
   | Telephone Number | (405) 514-3688 |
   | E-mail Address | Curshlaw16@gmail.com |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation.  For an individual defendant,
   include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

Name — George Lawhorn (YouTube)

Job or Title *(if known)* — CEO

Street Address — 901 Cherry Avenue

City and County — San Bruno

State and Zip Code — California 94066

Telephone Number —

E-mail Address *(if known)* —

### Defendant No. 2

Name — BMI Records Micheal O'neill

Job or Title *(if known)* — Producer

Street Address — 10 Music Square E

City and County — Nashville

State and Zip Code — Tennessee 37203

Telephone Number —

E-mail Address *(if known)* —

### Defendant No. 3

Name — Fat Possum Matthew Johnson

Job or Title *(if known)* — Founder/Producer

Street Address — P.O. Box 1923

City and County — Oxford

State and Zip Code — Mississippi 38655

Telephone Number — (662) 234-2828

E-mail Address *(if known)* — matthew@fatpossum.com

### Defendant No. 4

Name — Apple iTunes Tim Cook

Job or Title *(if known)* — Social Media Site

Street Address — Apple Computer, Inc 1 infinite loop

City and County — Cupertino

State and Zip Code — California 95014

Telephone Number — 800-275-2273

E-mail Address *(if known)* — apple.com

**Defendant No. 1**

| | |
|---|---|
| Name | Tracey Stokes |
| Job or Title *(if known)* | Producer |
| Street Address | P.O. Box 3250 |
| City and County | Idaho Springs |
| State and Zip Code | Colorado 80452 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | William Thomas |
| Job or Title *(if known)* | Producer |
| Street Address | 1293 Aikins Way |
| City and County | Boulder |
| State and Zip Code | Colorado  80305 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Amazon Music |
| Job or Title *(if known)* | Social Media Sites |
| Street Address | 1516 2nd Avenue |
| City and County | Seattle |
| State and Zip Code | Washington 98101 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Alive Naturalsounds Record |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 1**

Name: Robert and Connie Mercogliano

Job or Title *(if known)*: Video/Film Company

Street Address: 6480 Olive Street

City and County: Commerce City

State and Zip Code: Colorado  80022

Telephone Number: (303) 287-7473

E-mail Address *(if known)*: supermerc81@comcast.net

**Defendant No. 2**

Name: Micheal Kleinman Esq.

Job or Title *(if known)*: Lawyer

Street Address: 9490 S Aspen Hill Way

City and County: Lone Tree

State and Zip Code: Colorado  80124

Telephone Number: (720) 920-9903

E-mail Address *(if known)*: michealjkleinmanlaw@gmail.com

**Defendant No. 3**

Name: Fred James/Taxim Records, Black Magic Records, Ace Records (U

Job or Title *(if known)*: Producer

Street Address: P.O. BOX 68096

City and County: Nashville

State and Zip Code: Tennesse 37206

Telephone Number:

E-mail Address *(if known)*:

**Defendant No. 4**

Name: Carla Jordan

Job or Title *(if known)*: Club Owner and promoter

Street Address: 9428 Fallen Rock Road

City and County: Conifer

State and Zip Code: Colorado  80433*4007

Telephone Number:

E-mail Address *(if known)*: carlajordan1@msn.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  Willette Glover/Willie T Houston_____, is a citizen of the State of *(name)*  Oklahoma_____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)*  N/A_____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*  Robert & Connie Mercogliano_____, is a citizen of the State of *(name)*  Colorado_____.  Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)*   Merco Photography & Filming Company  , is incorporated under
the laws of the State of *(name)*   Colorado  , and has its
principal place of business in the State of *(name)*   Colorado  .
Or is incorporated under the laws of *(foreign nation)*   Germany  ,
and has its principal place of business in *(name)*   Colorado  .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Merco Photography and Filming sold and distributed, Music and a documentary film (Blues, Junk, and
Collard Greens) of Willie T Houston without his permission or knowledge.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
In the late 2005's, in Denver Colorado, the filming of Blues, Junk, and Collard Greens, took place at Willie T Houston's home.
Merco was hired to video a documentary and recording several video's pertaining Willie t Houston. Merco as upload the
video's and pictures of Houston without his knowledge to social media sites, such as Flickr, Instagram, Facebook, and/or
twitter. The film Blues, Junk and Collard Greens was produced in 2005.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.
Willette Glover is seeking damages in the amount of $150,000.00, for the video sales as the documentary sales. The
documentary of blues, Junk and Collard Greens has had several offers to be brought internationally, according to Merco.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question            [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Willette Glover/Willie T Houston            , is a citizen of the State of *(name)*  Oklahoma            .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*  N/A            , is incorporated under the laws of the State of *(name)*            ,
and has its principal place of business in the State of *(name)*            .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*  Micheal J Kleinman Esq            , is a citizen of the State of *(name)*  Colorado            .  Or is a citizen of *(foreign nation)*            .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* N/A _____ , is incorporated under

        the laws of the State of *(name)*   Colorado _____ , and has its

        principal place of business in the State of *(name)*   Colorado _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)*   Colorado _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Micheal Kleinman represented Willie T Houston on collecting royalties for Mr. Houston's music.  Royalties are still being paid and Houston had only received a check for $5.52.

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

In 2012 Kleinman was in charge of pursing Houston's inquiries pertaining to Copyright Infringement.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Willette Glover is seeking restitution in the amount of $150,000.00, on behalf of Willie T Houston royalties.

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  Willette Glover/Willie T Houston          , is a citizen of the State of *(name)*  Oklahoma          .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*  N/A          , is incorporated under the laws of the State of *(name)*          ,

and has its principal place of business in the State of *(name)*          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*  Fred James          , is a citizen of the State of *(name)*  Tennessee          . Or is a citizen of *(foreign nation)*  Germany, Italy & U.K          .

     b.    If the defendant is a corporation

        The defendant, *(name)* Fred James, Taxim Records, Ace Records, is incorporated under

        the laws of the State of *(name)* Tennessee , and has its

        principal place of business in the State of *(name)* Tennessee .

        Or is incorporated under the laws of *(foreign nation)* ,

        and has its principal place of business in *(name)* Tennesse .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

        Fred James Produces was selling Willie T Houston music on his social media sites and collecting Houston's royalties.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 2006 Fred James produced Willie T Houston he (James) had the mastering recordings of Houston.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Willette Glover is seeking restitution in the amount $150,000.00. Willie T Houston royalties that by law, belongs to Willie T Houston.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Willette Glover/Willie T Houston _____, is a citizen of the State of *(name)*  Oklahoma _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)*  N/A _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Carla D Jordan (Ziggies) _____, is a citizen of the State of *(name)*  Colorado _____. Or is a citizen of *(foreign nation)* _____.

        b.      If the defendant is a corporation

              The defendant, *(name)* _____, is incorporated under

              the laws of the State of *(name)* _____, and has its

              principal place of business in the State of *(name)* _____.

              Or is incorporated under the laws of *(foreign nation)* _____,

              and has its principal place of business in *(name)*  Colorado _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          Carla Jordan is a club owner, where Houston performed.  Carla is selling Houston music without his permission and knowledge.

## III.    Statement of Claim

    Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

In 2012 Carla Jordan began selling Houston's products (music) on her website.  Houston was not aware of his music being sold by, Carla.

## IV.    Relief

    State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Willette Glover is seeking restitution in the amount $100,000.00, for selling of Houston's music without consent

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Willette Glover/Willie T Houston , is a citizen of the State of *(name)* Oklahoma .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* George Lawhorn (YouTube) , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)*

   b.  If the defendant is a corporation

     The defendant, *(name)* George Lawhorn (YouTube)   , is incorporated under

     the laws of the State of *(name)* California    , and has its

     principal place of business in the State of *(name)*    .

     Or is incorporated under the laws of *(foreign nation)* Germany  ,

     and has its principal place of business in *(name)* California  .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    George Lawhorn promoted Willie T Houston music's without consent.

## III. Statement of Claim

  Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

  George Lawhorn uploaded promoted and distributed Willie T Houston, after being asked on several occurrences to take the music down off, YouTube.

## IV. Relief

  State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

  Willette Glover is seeking restitution in the amount of $200,000.00 for the monies collected without Houston consent.

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Willette Glover/Willie T Houston          , is a citizen of the State of *(name)*  Oklahoma          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*  N/A          , is incorporated under the laws of the State of *(name)*          ,

and has its principal place of business in the State of *(name)*

          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  BMI Micheal O'neill          , is a citizen of the State of *(name)*  Tennessee          . Or is a citizen of *(foreign nation)*  London & Puerto Rico          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

       b.    If the defendant is a corporation

           The defendant,  *(name)*  BMI Micheal O'neill       , is incorporated under

           the laws of the State of *(name)*   Tennesse       , and has its

           principal place of business in the State of *(name)*  Tennessee    .

           Or is incorporated under the laws of *(foreign nation)*  London & Puerto Rico  ,

           and has its principal place of business in *(name)*  Tennesse    .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

     3.    The Amount in Controversy

         The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

         BMI was selling music which they no entitlement.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

BMI Records Producer was marketing Willie T Houston music without Mr. Houston consent or knowledge.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Willette Glover is seeking restitution in the amount of $200,000.00 for the selling of Houston music.  Houston has not received any monies pertaining to his music.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff,  *(name)*  Willette Glover/Willie T Houston                , is a citizen of the State of *(name)*  Oklahoma                            .

   b.    If the plaintiff is a corporation

   The plaintiff,  *(name)*  N/A                              , is incorporated under the laws of the State of *(name)*                                   , and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant,  *(name)*  Matthew Johnson Fat Possum            , is a citizen of the State of *(name)*  Mississippi                          . Or is a citizen of *(foreign nation)*                                   .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

         The defendant, *(name)* Matthew Johson Fat Possum _____, is incorporated under

         the laws of the State of *(name)* Mississippi _____, and has its

         principal place of business in the State of *(name)* Mississippi _____ .

         Or is incorporated under the laws of *(foreign nation)* _____ ,

         and has its principal place of business in *(name)* Mississippi _____ .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      Fat Possum took Houston's lyrics and provided them to T Model Ford (James Lewis Carter)

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Fat Possum Copyrighted infringed Houston's song, "Sallie Mae", in 2002.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Willette Glover is seeking restitution in the amount of $200,000.00 for copyright infringement violation(s).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)*  Willette Glover/Willie T Houston                , is a citizen of the State of *(name)*  Oklahoma                     .

b.   If the plaintiff is a corporation

The plaintiff, *(name)*  N/A                          , is incorporated under the laws of the State of *(name)*                              , and has its principal place of business in the State of *(name)*

                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*  Alive Naturalsounds             , is a citizen of the State of *(name)*  California                 . Or is a citizen of *(foreign nation)*                          .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)*  California _____, and has its
principal place of business in the State of *(name)*  California _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)*  California _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Alive Naturalsounds utilized Houston music without his consent.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
Alive Naturalsounds produced, promoted and received money without Houston knowledge

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Willette Glover is seeking restitution in the amount of $150,000.00 for copyright infringement violation(s).

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Willette Glover/Willie T Houston_____ , is a citizen of the State of *(name)*  Oklahoma_____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*  N/A_____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*  Tim Cook Apple iTunes_____ , is a citizen of the State of *(name)*  California_____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant,  *(name)* _____, is incorporated under

the laws of the State of *(name)*   California _____, and has its

principal place of business in the State of *(name)*   California _____ .

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)*   California _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Apple iTunes have been requested several times to remove any and all video's pertaining to Willie T Houston music.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Apple iTunes was advised that the video's was uploaded without permission and knowledge

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Willette Glover is seeking restitution in the amount of $150,000.00 for not removing the music video's uploaded to Apple iTunes without permission.

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff,  *(name)*  Willette Glover/Willie T Houston                , is a citizen of the State of *(name)*  Oklahoma                .

    b.   If the plaintiff is a corporation

        The plaintiff,  *(name)*  N/A                , is incorporated under the laws of the State of *(name)*                ,

        and has its principal place of business in the State of *(name)*                .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant,  *(name)*  Tracey Stokes                , is a citizen of the State of *(name)*  Colorado                . Or is a citizen of *(foreign nation)*                .

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)*  Colorado _____ , and has its

          principal place of business in the State of *(name)*  Colorado _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)*  Colorado _____ .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

      The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
      Tracey Stokes produced and promoted a I-movie on Willie T Houston, Stokes has been promoting and selling the I-movie without Houston permission or consent.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
Stokes has been promoting and selling the I-m,ovie without Houston permission or consent

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Willette Glover is seeking restitution in the amount of $250,000.00 for making and selling of the I-movies.

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* Willette Glover/Willie T Houston          , is a citizen of the State of *(name)* Oklahoma          .

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* N/A          , is incorporated under the laws of the State of *(name)*          , and has its principal place of business in the State of *(name)*          .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* William Thomas          , is a citizen of the State of *(name)* Colorado          . Or is a citizen of *(foreign nation)*          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)*   Colorado   _____ , and has its

principal place of business in the State of *(name)*   Colorado   _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)*   Colorado   _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
William Thomas produced and promoted a I-movie on Willie T Houston, Stokes has been promoting and selling the I-movie without Houston permission or consent.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
Thomas has been promoting and selling the I-m,ovie without Houston permission or consent

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Willette Glover is seeking restitution in the amount of $250,000.00 for making and selling of the I-movies.

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

    The plaintiff, *(name)* Willette Glover/Willie T Houston _____, is a citizen of the State of *(name)* Oklahoma _____.

    b.   If the plaintiff is a corporation

    The plaintiff, *(name)* N/A _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

    The defendant, *(name)* Amazon Music _____, is a citizen of the State of *(name)* Washington _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)*   Washington _____ , and has its

          principal place of business in the State of *(name)*   Washington _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)*   Washington _____ .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

     The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
     Amazon has been selling and collecting monies on Willie T Houston song, Sallie Mae, without his consent or knowledge.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
Amazon has been promoting and selling the song without Houston permission or consent

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Willette Glover is seeking restitution in the amount of $250,000.00 for making and selling of the I-movies.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            12/03/2018

Signature of Plaintiff      *Willette Glover*

Printed Name of Plaintiff   Willette Glover

                            P.O. Box 2613   (405) 514-3688
                            Sapulpa OK 74066

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address